# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| LUNAR Consulting LLC | )  ASBCA No. 60573 |
| | ) |
| Under Contract No. N68836-15-D-0001 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Jack Benzie
                                  Principal Consultant

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                   Navy Chief Trial Attorney
                                  Joe D. Baker, II, Esq.
                                   Trial Attorney
                                   NAS Jacksonville, FL

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 21 March 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60573, Appeal of LUNAR Consulting LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals